Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARLIN BENDER,<br><br>    Plaintiff,<br>v.<br><br>RAY KLEIN, INC.,<br><br>    Defendant. | Case No. 6:17-cv-01475-JR<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice, and without attorney fees or costs to either party.

DATED: April 26, 2018

TRIGSTED LAW GROUP, P.C.

*/s/ Joshua Trigsted*
Joshua Trigsted, OSB No. 065316
Attorneys for Plaintiff

COSGRAVE VERGEER KESTER LLP

*/s/ Robert E. Sabido*
Robert E. Sabido, OSB No. 964168
Attorneys for Defendant

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice, and without attorney fees or costs to either party.

DATED: May 3, 2018

Jolie A. Russo
United States Magistrate Judge

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

SJOD 4835-3522-2877 v.1